1  WRIGHT, FINLAY & ZAK, LLP
   T. Robert Finlay, Esq., SBN 167280
2  rfinlay@wrightlegal.net
3  Todd E. Chvat, Esq., SBN 238282
   tchvat@wrightlegal.net
4  4665 MacArthur Court, Suite 280
5  Newport Beach, CA 92660
6  Tel: (949) 477-5050; Fax: (949) 477-9200

7  Attorneys for Defendant RESIDENTIAL CREDIT SOLUTIONS, INC.

8              UNITED STATES DISTRICT COURT
9  FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

10

11 CHRISTOPHER D. BRADLEY, AND          ) Case No.:  11-cv-02796-EJD (PSG)
   CATHERINE A.M. FROSI-BRADLEY;        )
12                                       )
                                         ) [PROPOSED] ORDER RE:
13              Plaintiffs,              ) STIPULATION TO CONTINUE
14                                       ) FRCP 16(b) STATUS
       vs.                               ) CONFERENCE
15                                       )
16 RESIDENTIAL CREDIT SOLUTIONS,        ) [*FRCP* Rule 16(b)]
   INC., AMERICAN HOME MORTGAGE          )
17 SERVICING, INC., POWER DEFAULT       )
   SERVICES, INC., and DOES 1 Through    ) Date: September 2, 2011
18 25, Inclusive,                        ) Time:  10:00 a.m.
                                         ) Courtroom: 1, 5th Floor
19                                       )
20              Defendants.              )
                                         )
21                                       )
                                         )
22                                       )
                                         )
23                                       )
                                         )
24                                       )
                                         )
25

26     The Court, having considered the Stipulation of the Parties, and all other

27 matters presented to the Court, and good cause appearing therefore, IT IS

28 HEREBY ORDERED that:

                              -1-

1        1.    The FRCP Rule 16(b) Scheduling Conference previously scheduled

2    for September 2, 2011 at 10:00 a.m. in Courtroom 1, 5th Floor, is hereby

3    continued until _____January 20_____, 2012 at 10:00 a.m. in Courtroom 1, 5th Floor.

4        2.    The parties shall file an updated joint case management conference statement on
or before January 13, 2011.

5    **IT IS SO ORDERED**

6

7    Dated: _August 10, 2011_

8    HON. EDWARD J. DAVILA
     UNITED STATES DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                        -2-

[PROPOSED] ORDER RE: STIPULATION TO CONTINUE
FRCP 16(b) STATUS CONFERENCE

1

## PROOF OF SERVICE

2

STATE OF CALIFORNIA, COUNTY OF ORANGE

3    I, Tina Bloom am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665

4    MacArthur Court, Suite 280, Newport Beach, California 92660.

5

## On August 5, 2011, I served the foregoing document described as

6    **[PROPOSED] ORDER RE: STIPULATION TO CONTINUE FRCP 16(b)**

7    **STATUS CONFERENCE**

on the interested parties in this action as follows:

8

9    [X]    by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

10
Sidney H Mickell, Esq
11   Law Offices of Sidney Mickell
1229 North Sycamore Avenue Suite 115
12   Los Angeles, CA 90038

13   [X]    (BY MAIL) I deposited such envelope(s) in the mail at Newport Beach, California. The
14          envelope was mailed with postage thereon fully prepaid. I am readily familiar with the
             firm's practice of collection and processing correspondence for mailing. Such
15          correspondence is deposited with the United States Postal Service on that same day in
             the ordinary course of business. I am aware that on motion of party served, service is
16          presumed invalid if postal cancellation date or postage meter date is more than one day
17          after date of deposit for mailing in affidavit.

     [ ]    (BY ELECTRONIC MAIL) I caused each such document to be transmitted electronically
18          to the parties at the e-mail address indicated.  To the best my knowledge, the transmission
19          was reported as complete, and no error was reported that the electronic transmission was
             not completed.

20   [ ]    (BY FACSIMILE) I faxed such document from Newport Beach, California, to the
21          facsimile number(s) shown on the attached service list.  The sending facsimile machine
             number is (949) 477-9200.  The transmission was reported as completed and without
22          error, and the transmission report was properly issued by the transmitting facsimile
23          machine, pursuant to California Rules of Court, Rule 2006(d).

     [ ]    (BY PERSONAL SERVICE) I caused such documents to be delivered by hand to the
24          offices of the addressee(s) listed on the attached service list.

25   [ ]    (BY FEDERAL EXPRESS) I placed true and correct copies of thereof enclosed in a
26          package designated by Federal Express with the delivery fees provided for.

27   [X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of
28          this court at whose direction the service was made.

1

1    Executed on August 5, 2011 at Newport Beach, California.

2    Tina Bloom

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1