1  Sidney H. Mickell, Esq.     (SBN 120027)
   LAW OFFICE OF SIDNEY MICKELL
2  1229 North Sycamore Avenue, Suite 115
   Los Angeles, CA 90038
3  Telephone No.: (323) 309-1137

4  Attorney for Plaintiff,
   CHRISTOPHER D. BRADLEY,
5  AND CATHERINE A.M. FROSI-BRADLEY

**IT IS SO ORDERED**
Judge Edward J. Davila

12/21/2011

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| CHRISTOPHER D. BRADLEY, AND CATHERINE A.M. FROSI-BRADLEY, <br> Plaintiffs, <br><br> vs. <br><br> RESIDENTIAL CREDIT SOLUTIONS, INC., AMERICAN HOME MORTGAGE SERVICING, INC., POWER DEFAULT SERVICES, INC., and DOES 1 Through 25, Inclusive, <br> Defendants. | Case No.: 11-cv-02796-EJD <br><br> **Request for Dismissal** <br><br> **Complaint served: May 19, 2011** <br><br> **Removal Date: June 8, 2011** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs CHRISTOPHER D. BRADLEY, AND CATHERINE A.M. FROSI-BRADLEY, through their attorney of Record, Sidney H. Mickell, hereby submit this Request for Dismissal of the above-referenced action in its entirety <u>with</u> prejudice, with each party bearing its/his/her own fees and costs incurred in connection therewith.

The Clerk shall close this file.

//    //    //    //    //

//    //    //    //    //

//    //    //    //    //

-1-

**REQUEST FOR DISMISSAL**

1
2                                              LAW OFFICE OF SIDNEY MICKELL
3   Dated: December 15, 2011      By:   _____
4                                              Sidney H. Mickell, Esq_
                                               Attorney for Plaintiffs,
5                                              CHRISTOPHER D. BRADLEY, AND
                                               CATHERINE A.M. FROSI-BRADLEY,
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REQUEST FOR DISMISSAL